```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

KERRI M. HILL,                  )
                                )
              Plaintiff,        )        8:04CV613
                                )
        v.                      )
                                )
EMERGENCY DENTAL, INC., and     )        ORDER
BRENTWOOD DENTAL GROUP, INC.,   )
                                )
              Defendants.       )
                                )
```

   IT IS ORDERED:

   The stipulated motion of the parties, filing 28, is granted and,

   1.  The deadline for amending plaintiff's complaint is extended to July 2, 2005.

   2.  The deadline to add additional parties is extended to July 2, 2005.

   DATED this 9th day of May, 2005.

                            BY THE COURT:

                            s/ *David L. Piester*
                            David L. Piester
                            United States Magistrate Judge