```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| KERRI M. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV613 |
| | ) | |
| v. | ) | |
| | ) | |
| EMERGENCY DENTAL, INC., | ) | MEMORANDUM AND ORDER |
| BRENTWOOD DENTAL GROUP, INC., | ) | |
| MICHAEL OBENG, JARED DERR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties have filed a stipulated motion for enlargement of deadline, seeking an additional thirty days for disclosing expert witnesses and an additional 15 days in the deposition period. The first request can be granted, but the second would put too little time between the close of discovery and the trial. There has been neither a request nor any evidentiary showing of good cause to justify continuing the trial date.

IT THEREFORE HEREBY IS ORDERED,

The stipulated motion for enlargement of deadline, filing 43, is granted in part, and the parties are given thirty additional days in which to make the expert witness disclosures in accordance with Fed. R. Civ. P. 26(a)(2). The motion is denied in all other respects.

DATED this 12th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge