IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KERRI M. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV613 |
| | ) | |
| v. | ) | |
| | ) | |
| EMERGENCY DENTAL, | ) | ORDER |
| BRENTWOOD DENTAL GROUP, | ) | |
| MICHAEL OBENG, and JARED DERR, | ) | |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 46 be stricken from the record for the following reason(s):

- Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 46 from the record. The party is directed to re-file the document.

DATED this 29th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge