```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| KERRI M. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV613 |
| | ) | |
| v. | ) | |
| | ) | |
| EMERGENCY DENTAL, INC., | ) | ORDER |
| BRENTWOOD DENTAL GROUP, INC., | ) | |
| MICHAEL OBENG, | ) | |
| JARED DERR, | ) | |
| | ) | |
| Defendants. | ) | |

On the court's own motion,

IT IS ORDERED:

The time of the pretrial conference on November 22 in Omaha is changed from 10:00 a.m. to 11:00 a.m.

DATED this 7th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge