```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| KERRI M. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV613 |
| | ) | |
| v. | ) | |
| | ) | |
| EMERGENCY DENTAL, INC., | ) | MEMORANDUM AND ORDER |
| BRENTWOOD DENTAL GROUP, INC., | ) | |
| MICHAEL OBENG and JARED DERR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

There are several motions pending in this matter which appear to have emanated from the plaintiff's deposition August 5, 2005, as well as some ambiguity in the pleadings and the addition of two defendants recently. The parties have submitted a number of papers regarding their discovery and other disputes, and defendants have even requested a conference with the court. I shall resolve the procedural motions, leaving pending the motions to dismiss or alternatively for more definite statements.

Upon consideration of pending matters,

IT THEREFORE HEREBY IS ORDERED:

1. Brentwood Dental Group's motion to compel and expand time limit, filing 54, is granted in part, and the plaintiff shall be available for one additional deposition by all defendants of no more than five hours.

2. The motion of Brentwood Dental Group to extend deadlines, filing 57, is granted, and

> a. Jury trial is continued to 9:00 a.m., July 10, 2006 for a duration of five days before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set

>for that week as well as <u>Nelson v. Dunning</u>, 8:04cv596. Jury selection will be held at commencement of trial.
>
>b.   The pretrial conference will be held June 27, 2006 at 10:00 a.m. before the undersigned magistrate judge in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.
>
>c.   The deposition deadline is continued to June 13, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.
>
>d.   All other provisions of the court's order setting this case for trial shall remain in effect.

3.   Brentwood Dental Group's motion to strike, filing 64, is granted in part, and the plaintiff's counsel is admonished to comply with the cited local rules in the future.  In this instance, however, the documents erroneously filed will be considered by the court.  The motion is otherwise denied.

4.   Plaintiff's motions for protective order, filings 60 and 66, are denied.

5.  Defendant Emergency Dental's motion for Rule 16 conference, filing 67, is denied as moot, since the court has granted the earlier motion to extend deadlines.

DATED this 22nd day of September, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge