IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KERRI M. HILL, | ) |
| | ) |
| Plaintiff, | )   8:04CV613 |
| | ) |
| v. | ) |
| | ) |
| EMERGENCY DENTAL, INC., | )   MEMORANDUM AND ORDER |
| BRENTWOOD DENTAL GROUP, INC., | ) |
| MICHAEL OBENG and JARED | ) |
| DERR, | ) |
| | ) |
| Defendants. | ) |

Plaintiff has filed a motion seeking a continuance of the trial, formerly set before Hon. Richard G. Kopf on July 10, 2006. The case, however, has been reassigned to Hon. William J. Riley, Judge, United States Court of Appeals, Eighth Circuit. The case will be called for trial by a trial order to be issued in the future. The motion for continuance will be ruled upon by Judge Riley.

IT THEREFORE HEREBY IS ORDERED,

The clerk shall refer the motion to Judge Riley for his consideration.

DATED this 13th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge