IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KERRY M. HILL, | ) | CASE NO.: 8:04CV613 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| EMERGENCY DENTAL, INC., | ) | |
| BRENTWOOD DENTAL GROUP, INC., | ) | |
| MICHAEL OBENG and JARED DERR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed an unresisted motion to modify the dates for the pretrial conference and the trial of this matter (Filing No. 84). This case has been reassigned to the undersigned judge, and will not be secondary to any criminal matters. A trial order will soon be issued listing all of the cases to be tried by the undersigned and indicating the dates when the trials will occur in July and August 2006.

Having reviewed the plaintiff's motion and affidavit, the motion will be granted in part, and denied in part.

IT IS ORDERED:

1. The current trial date set for the week of July 10, 2006 is continued. The case will be tried on dates subsequent to July 10, 2006, pursuant to the trial order to be issued hereafter, during the four-week period beginning August 7, 2006.

2. The pretrial conference shall remain as scheduled on June 27, 2006.

Dated this 14th day of April, 2006.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)