```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

KERRI M. HILL,                   )
                                 )
           Plaintiff,            )         8:04CV613
                                 )
      v.                         )
                                 )
EMERGENCY DENTAL, INC.,          )         ORDER
BRENTWOOD DENTAL GROUP, INC.,    )
MICHAEL OBENG and JARED DERR,    )
                                 )
           Defendants.           )
                                 )
```

IT IS ORDERED:

Plaintiff's motion, filing 137, to substitute evidence index is granted, and the index filed on June 15, 2006, filing 138, is substituted for filing 136.  The clerk is directed to strike filing number 136 from the record.

DATED this 20th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge