IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
KERRI M. HILL,                      )
                                    )
              Plaintiff,            )       8:04 CV 613
                                    )
      v.                            )
                                    )
                                    )
EMERGENCY DENTAL, INC., et al.,     )       MEMORANDUM AND ORDER
                                    )
              Defendants.           )
```

The parties have informed the court that the defendants' motion to compel, filing 96, has been resolved and is now moot.

Plaintiff's motion to compel seeks reports requested in her interrogatories and requests for production.  Defendants have not opposed the motion and have not demonstrated any reason that the reports should not be discovered by plaintiff.

IT THEREFORE HEREBY IS ORDERED:

1.  Defendants Emergency Dental, Inc. and Jared Derr's motion to compel, filing 96, is denied as moot.

2.  Plaintiff's motion to compel, filing 103, is granted, and copies of the reports referenced in the plaintiff's subject interrogatories and requests for production, and in the subsequent Rule 30(b)(6) depositions shall be served on plaintiff's counsel within ten days.  They shall not be filed in the public record, however, and shall not be disclosed to persons other than counsel and the parties to this case without prior approval of the court.

DATED June 26, 2006

BY THE COURT:

_s/ David L. Piester_
United States Magistrate Judge