IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KERRY M. HILL, | ) | CASE NO.: 8:04CV613 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| EMERGENCY DENTAL, INC., | ) | |
| BRENTWOOD DENTAL GROUP, INC., | ) | |
| MICHAEL OBENG and JARED DERR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants Dr. Michael Obeng (Dr. Obeng) and Brentwood Dental Group, Inc. filed a motion to continue the trial. (Filing No. 154).[1] Defendants submit Dr. Obeng, who is a party in this action and is expected to testify at trial, is scheduled to be in Toronto, Canada, to attend continuing education classes during the week of July 26, 2006. Defendants explain there is no similar course available and Dr. Obeng's travel accommodations have already been arranged for the trip. Counsel states he was unaware of the scheduling conflict at the time of the final pretrial conference. Dr. Obeng remains available for trial from August 7 through September 1, 2006.

For just cause shown, the court grants Defendants' motion to continue.

IT IS ORDERED:

1. The current trial date set for the week of July 26, 2006 is continued. The case will be tried on or after August 7, 2006.

Dated this 3rd day of July, 2006.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)

---

[1] This order also disposes of Filing No. 153.